Elizabeth M. Rogers, Respondent, v. Atlantic, Gulf and Pacific Company, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of Dix v. Jaquay (94 App. Div. 554) and the former decision in this case, 142 Appellate Division, 923.

George W. Wears, Appellant, v. Stanley Johnson and William D. Lawrence, Respondents.— Decision amended so as to read as follows: Judgment of the County Court reversed, with costs, and judgment of the Justice's Court affirmed. Opinion by Lyon, J. All concurred. (See 151 App. Div. 770, where the decision is printed as amended here.)